MARK D. SELWYN (SBN 244180)
mark.selwyn@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Attorney for Applicants APPLE INC.; APPLE DISTRIBUTION INTERNATIONAL; APPLE SALES INTERNATIONAL; APPLE RETAIL UK LIMITED; APPLE RETAIL GERMANY GMBH; APPLE RETAIL NETHERLANDS B.V.; and APPLE BENELUX B.V.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re* Ex Parte Application of<br><br>APPLE INC.; APPLE DISTRIBUTION INTERNATIONAL; APPLE SALES INTERNATIONAL; APPLE RETAIL UK LIMITED; APPLE RETAIL GERMANY GMBH; APPLE RETAIL NETHERLANDS B.V.; and APPLE BENELUX B.V.,<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Qualcomm Incorporated for Use in Foreign Proceedings. | Civil Action No. **'15CV1780 BAS RBB**<br><br>**DECLARATION OF MARK D. SELWYN IN SUPPORT OF APPLE'S EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

I, Mark D. Selwyn, hereby declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Apple Inc., Apple Distribution International, Apple Sales International, Apple Retail UK Limited, Apple Retail Germany GmbH, Apple Retail Netherlands B.V., and Apple Benelux B.V. (collectively, "Apple").

2. I am familiar with the facts set forth in this declaration from personal knowledge and documents I have reviewed.

3. I submit this declaration in support of Apple's Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use In Foreign Proceedings. The application relates to foreign proceedings initiated by Telefonaktiebolaget LM Ericsson ("Ericsson") before the High Court of Justice, Chancery Division, Patents Court in the United Kingdom, the Düsseldorf and Mannheim Regional Courts in Germany, and the District Court of The Hague in the Netherlands.

**British Action**

4. Apple Retail UK Limited and Apple Distribution International are the defendants named by Ericsson in Case No. HP-2015-000023, pending in the High Court of Justice, Chancery Division, Patents Court, London, United Kingdom, in which Ericsson is alleging patent infringement (the "British Action").

5. The High Court of Justice, Chancery Division, Patents Court determines liability and can impose remedies, including damages and an injunction, upon a finding of infringement. Further, the court's decisions are final unless overturned by the Court of Appeal.

6. In the British Action, Ericsson asserts that certain Apple products infringe, inter alia, European Patent Nos. EP 2 191 608, EP 2 327 181, EP 1 952 560, EP 1 110 422, EP 1 114 415, EP 1 062 825, EP 1 008 141, and EP 1 114 413, which purportedly relate to baseband chip technology (the "U.K. patents-in-suit"). Ericsson alleges that the Apple products comply with the Long Term Evolution ("LTE") and/or Global System for Mobile Communications ("GSM")

standards, that the U.K. patents-in-suit are essential to the LTE and/or GSM standards, and therefore that Apple infringes the U.K. patents-in-suit.

### German Actions

7. Apple Inc., Apple Retail Germany GmbH, and Apple Distribution International are the defendants named by Ericsson, inter alia, in Case Nos. 4a O 51/15 and 4a O 52/15 pending in the Düsseldorf Regional Court, Düsseldorf, Germany, and in Case Nos. 2 O 74/15, 2 O 75/15, 2 O 97/15, 2 O 98/15, 2 O 99/15, 2 O 100/15, 2 O 101/15, 2 O 102/15, 2 O 103/15 and 2 O 104/15 pending in the Mannheim Regional Court, Mannheim, Germany, in which Ericsson is alleging patent infringement (the "German Actions").

8. The Düsseldorf and Mannheim Regional Courts determine liability and, upon a finding of infringement, will enter an injunction and order the infringer to pay damages. Further, the courts' decisions are final unless overturned by the Düsseldorf Court of Appeal (for the Düsseldorf Regional Court cases) or the Karlsruhe Court of Appeal (for the Mannheim Regional Court cases).

9. In the German Actions, Ericsson asserts that Apple products infringe European Patent Nos. EP 2 191 608, EP 2 327 181, EP 1 952 560, EP 1 110 422, EP 1 114 415, EP 1 062 825, EP 1 058 927, EP 1 114 413, and EP 2 030 380, which purportedly relate to baseband chip technology (the "German patents-in-suit"). Ericsson alleges that the Apple products comply with the LTE and/or GSM standards, that the German patents-in-suit are essential to the LTE and/or GSM standards, and therefore that Apple infringes the German patents-in-suit.

### Dutch Actions

10. Apple Inc., Apple Retail Netherlands B.V., Apple Benelux B.V., Apple Distribution International, and Apple Sales International are the defendants named by Ericsson, inter alia, in preliminary Case Nos. KG/RK 15-954, KG/RK 15-955, KG/RK 15-956, and KG/RK 15-957 pending in the District Court of The Hague, the Netherlands, in which Ericsson is alleging patent infringement (the "Dutch Actions").

11. The District Court of The Hague determines liability and can impose a penalty and an injunction upon a finding of infringement. Further, the court's decisions are final unless overturned by the Court of Appeal of The Hague.

12. In the Dutch Actions, Ericsson asserts that Apple products infringe European Patent Nos. EP 2 191 608, EP 2 327 181, EP 1 952 560, and EP 1 110 422, which purportedly relate to baseband chip technology (the "Dutch patents-in-suit"). Ericsson alleges that the Apple products comply with the LTE and/or GSM standards, that the Dutch patents-in-suit are essential to the LTE and/or GSM standards, and therefore that Apple infringes the Dutch patents-in-suit.

**Qualcomm**

13. Qualcomm Incorporated ("Qualcomm") is headquartered in San Diego, California, which is within the jurisdiction of the Southern District of California. *See* 2014 Qualcomm Form 10-K (identifying 5775 Morehouse Drive, San Diego, California 92121, as the location of Qualcomm's principal executive offices), a true and correct excerpt of which is attached hereto as **Exhibit 1**.

14. Qualcomm is not a party to the British, German, or Dutch Actions.

15. The Apple products accused of patent infringement in each of the British, German, and Dutch Actions contain baseband chips sold by Qualcomm or one of Qualcomm's subsidiaries.

**Legal Authority**

16. Attached hereto as **Exhibit 2** is a true and correct copy of an October 13, 2011 opinion in *In re Ex Parte App. of Apple Inc.*, No. 3:11-cv-03058-IEG-BGS (S.D. Cal.).

17. Attached hereto as **Exhibit 3** is a true and correct copy of a January 25, 2012 opinion in *In re Ex Parte App. of Apple Inc.*, No. 3:12-cv-00147-LAB-WMC (S.D. Cal.).

18. Attached hereto as **Exhibit 4** is a true and correct copy of a May 12, 2011 opinion in *In re Roche Nederland B.V.,* No. 11-0017 (M.D. Tenn.).

19. Attached hereto as **Exhibit 5** is a true and correct copy of an April 7, 2011 opinion in *In re Am. Petroleum Institute,* 11-80008-JF (PSG) (N.D. Cal).

20. Attached hereto as **Exhibit 6** is a true and correct copy of a September 19, 2008 opinion in *Mirana v. Battery Tai-Shing Corp.,* No. 08-80142 (N.D. Cal.).

Dated: August 13, 2015                           */s/ Mark D. Selwyn*

                                           Mark D. Selwyn (SBN 244180)
                                           (mark.selwyn@wilmerhale.com)
                                           WILMER CUTLER PICKERING
                                             HALE AND DORR LLP
                                           950 Page Mill Road
                                           Palo Alto, California  94304
                                           Telephone:  (650) 858-6000
                                           Facsimile:   (650) 858-6100